# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIFTH THIRD BANK,**

      **Plaintiff,**

**v.**                                              Case No:   6:14-cv-270-Orl-22DAB

**FLORIDA CABLE, INC., GARY M ENGLISH, DANA D ENGLISH, OCALA DOWNS FARMOWNERS' ASSOCIATION, INC., XYZ CORPORATION, JOHN DOE and JANE DOE,**

      **Defendants.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 27) filed on March 24, 2014.

The United States Magistrate Judge has submitted a report recommending that the case be transferred to the Ocala Division of this Court.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 24, 2014 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is hereby TRANSFERRED to the Ocala Division.

      **DONE** and **ORDERED** in Orlando, Florida on April 8, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties